IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:06cr48-SPM

CORPUS BUTLER,
         Defendant.
_____/

**ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 252) to reduce his sentence under the retroactive crack cocaine amendment and 18 U.S.C. § 3582(c). The Government filed a response (doc. 253).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence of 20 years, which determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 252) to reduce sentence is denied.

DONE AND ORDERED this 23rd day of May, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge