IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:06cr48-SPM

CORPUS BUTLER,

      Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Defendant Corpus Butler's letter, dated September 8, 2008, requesting a status report from the Court. Doc. 258. Defendant requests information on the reply (doc. 256) he filed to the Government's response (doc. 253) to his motion (doc. 252) for a sentence reduction under the retroactive crack cocaine amendments and 18 U.S.C. § 3582(c). At the time that the reply was filed, the Court had already issued an order (doc. 255) denying Defendant a sentencing reduction.

In his letter, Defendant characterizes his reply as a motion for reconsideration. The motion was not titled as such and not deemed by the Court to be one. Treating the reply now as a motion for reconsideration, the Court finds no reason to alter the prior ruling denying Defendant a sentence reduction.

Defendant's case is not analogous to United States v. Charlton, 4:01cr15-

RH.  Charlton was not subject to a mandatory minimum sentence and application of the crack cocaine amendment resulted in a change to his sentencing range. In contrast, Defendant was subject to a 20-year minimum mandatory sentence which determined his sentencing range.  Although Defendant's 20-year sentence was subsequently lowered in consideration of a Rule 35 motion (see docs. 238 and 245), the reduction was based on Defendant's cooperation and assistance. it was not based on any application of the crack cocaine guidelines.  A defendant sentenced to a statutory mandatory minimum who subsequently receives a Rule 35 reduction is not entitled to a further reduction under the retroactive crack amendments.  See United States v. Duffy, 551 F.Supp.2d 1373, 1375 (N.D. Ga. 2008).  Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    Defendant's request for a status report is granted as provided in this order.

    2.    Defendant's reply (doc. 256), treated as a motion for reconsideration, is denied.

    DONE AND ORDERED this 9th day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cr48-SPM